# Exhibit 1 to CNA's Motion Supporting Award of Attorneys' Fees & Related Non-Taxable Expenses

# STATEMENT OF CONSULTATION

I, Tina M. Ezzell, state as follows:

1. That, after personal consultation and good faith efforts to do so, the parties have been unable thus far to come to any agreement about the amount of attorneys' fees RHN, Incorporated and related defendants (RHN, et al) should pay pursuant to the Court's award to CNAN of attorneys' fees.

2. On May 11, 2020, the parties' counsel participated in a teleconference requested by CNAN's counsel to discuss whether any agreement could be reached concerning the amount of attorneys' fees that RHN, et al would pay pursuant to the Court's order granting sanctions to CNAN.

3. The week prior to this call, CNAN had provided an itemization of fees for which it would be seeking payment. This itemization has now been updated.

4. No agreement was reached. It did not appear that RHN, et al had provided any authority to their counsel to reach any agreement.

5. During the call, CNAN's counsel emphasized CNAN's willingness to continue discussing the issue. RHN, et al's counsel indicated they would explore with their clients whether any offer to pay any amount of fees could be made and committed to reaching out to CNAN's counsel again.

...

...

...

1

I declare under the penalty of perjury under the laws of the State of Arizona, that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 11th day of May, 2020.

By: /s/ Tina M. Ezzell
Tina M. Ezzell
*Attorneys for Plaintiff/Counter-Claimant CNA National Warranty Corporation*

24322-001/#4LY8000