# Exhibit 2 to CNA's Motion Supporting Award of Attorneys' Fees & Related Non-Taxable Expenses

# STATEMENT OF FEE ARRANGEMENT

1. The Law Firm of Tiffany & Bosco P.A. (T & B) and CNA National Warranty Corporation (CNAN) have agreed that T & B shall bill on an hourly basis for work performed in this matter and shall provide CNAN billing statements on a monthly basis. T & B and CNAN have further agreed that the hourly rates to be charged are as follows (and these are, in fact, the rates that have been charged):

| Name | Role | Regular Rate | Discounted Rate |
|---|---|---|---|
| Tina M. Ezzell | Shareholder | $400 | $335 |
| Gaya Shanmuganatha | Associate | $300 | $265 |
| Jessica I. Brown | Associate | $265 | n/a |
| Kelley Irish | Paralegal | $125 | n/a |

2. T & B and CNAN have also agreed that T & B shall not collect its customary administrative fees which is a percentage of the total fees billed. Therefore, no such fees are listed on the CNA Extracted Fees provided in connection with the Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses.

3. CNAN has also agreed to pay T & B for its out of pocket costs incurred in connection with this matter, including filing fees, service of process fees, subpoena fees, deposition transcripts, and other such customary costs, with zero markup.