**<u>Exhibit 3</u> to CNA's Motion Supporting Award of Attorneys' Fees & Related Non-Taxable Expenses**

| | CNA Task-Based Itemized Statement of Fees and Expenses | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Value** | **Hours** | **Attorney** |
| 10/15/2019 | Review email correspondence from T. Ezzell to K. Wright and M. Kawabata regarding Mandatory Initial Discovery Program. | $26.50 | 0.10 | GS |
| 10/15/2019 | Review second correspondence from T. Ezzell to M. Kawabata and K. Wright regarding Mandatory Initial Discovery Program. | $26.50 | 0.10 | GS |
| 10/15/2019 | Study orders of court (re: Mandatory Pilot Program Disclosures) to ensure client complies; send orders to opposing counsel to ensure they are advised of same and comply with same. | $301.50 | 0.90 | TME2 |
| 10/16/2019 | Phone call to M. Kawabata regarding Mandatory Initial Discovery Program and Rule 26(f) conference. | $26.50 | 0.10 | GS |
| 10/17/2019 | Conference call with M. Kawabata regarding Mandatory Initial Discovery response deadline, Electronically Stored Information protocol, exchanging joint reports, and tentative time to meet and confer regarding the same. | $106.00 | 0.40 | GS |
| 10/18/2019 | Email correspondence to M. Kawabata confirming deadlines to submit Mandatory Initial Discovery responses, Electronically Stored Information discovery plan, and Joint Case Management Report. | $79.50 | 0.30 | GS |
| 11/4/2019 | Receive copy of emails by Gaya Shanmuganatha to opposing counsel re: MIDP (disclosure statement) and documents being produced. | $33.50 | 0.10 | TME2 |
| 11/5/2019 | Correspond with M. Kawabata regarding conference to discuss ESI parameters. | $26.50 | 0.10 | GS |
| 11/5/2019 | Draft comprehensive analysis identifying the deficiencies in H. Nissani's and Dealers' Mandatory Initial Discovery responses and request a meet and confer. | $185.50 | 0.70 | GS |
| 11/5/2019 | Conference Gaya Shanmuganatha re: writing meet and confer email to opposing counsel to address severe deficiencies of Nissani Defendants' MIDP disclosures and other issues. | $33.50 | 0.10 | TME2 |
| 11/5/2019 | Send MIDP disclosures by Nissani Defendants to client with message about demanding meet and confer. | $33.50 | 0.10 | TME2 |
| 11/5/2019 | Receive several emails from Mr. Kawabata from 11/4/19 from the wee morning hours of 11/5 regarding the opposing parties' disclosures. | $33.50 | 0.10 | TME2 |
| 11/5/2019 | Review and edit email to send to opposing counsel re: inadequate MIDP disclosures; email to Gaya Shanmuganatha re: same. | $67.00 | 0.20 | TME2 |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 11/5/2019 | 0.01 | $33.50 | Emails to clients: 1) request to opposing counsel to meet and confer re: deficiency of Nissani parties MIDP disclosures; and 2) Order re-setting Rule 16 Case Management Conference. | TME2 |
| 11/5/2019 | 0.10 | $33.50 | Emails with Gaya Shanmuganatha re: her call with Makoa Kawabata (ESI proposal). | TME2 |
| 11/6/2019 | 0.40 | $106.00 | Phone conference with T. Ezzell regarding ESI meet and confer with M. Kawabata and strategy regarding Dealers' and Nissani's disclosure failures. | GS |
| 11/6/2019 | 0.40 | $134.00 | Conference Gaya Shanmuganatha re: her conversation with Makoa Kawabata about issues with opposing parties' ESI plan and about process for reviewing documents once they are on Relativity and re: MIDP discovery dispute issues. | TME2 |
| 11/8/2019 | 0.30 | $79.50 | Phone conference with T. Ezzell regarding meet and confer to Defendants. | GS |
| 11/8/2019 | 0.70 | $234.50 | Conference call with client about opposing party's deficient MIDP. | TME2 |
| 11/8/2019 | 0.30 | $100.50 | Conference with Gaya Shanmuganatha re: call with Erika Ahern-Curran including, among other things, that we should push for meet and confer and compliant MIDP disclosures. | TME2 |
| 11/11/2019 | 0.60 | $159.00 | Correspond with M. Kawabata, K. Garvis-Wright, and C. Larson regarding failure to respond to deficiencies identified in Nissani and the Dealers' Mandatory Initial Discovery Responses; Review and respond to correspondence from M. Kawabata regarding an agreement to delay disclosures. | GS |
| 11/11/2019 | 0.20 | $0.00 | Read multiple emails from Gaya Shanmuganatha's to opposing counsel regarding their deficient MIDP responses (no charge). | JIB |
| 11/11/2019 | 0.20 | $67.00 | Receive email from Gaya Shanmuganatha (demanding substantive response to email re: meet and confer requirement due to defendants' deficient MIDP disclosure); send same to client. | TME2 |
| 11/11/2019 | 0.10 | $33.50 | Receive emails from Mr. Kawabata (re: speaking about MIDP issues and re: proposed Joint Case Report). | TME2 |
| 11/12/2019 | 0.50 | $132.50 | Review and respond to correspondences from M. Kawabata regarding ESI proposal revisions and Mandatory Initial Discovery Responses. | GS |
| 11/12/2019 | 0.40 | $106.00 | Correspond with M. Kawabata regarding meet and confer (0.1); Conference with T. Ezzell regarding the ESI call with CNA and preparation for the meet and confer with M. Kawabata (0.3). | GS |
| 11/12/2019 | 1.50 | $397.50 | Prepare for meet and confer with M. Kawabata (0.4); Meet and confer with M. Kawabata (1.1). | GS |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 11/12/2019 | 0.20 | $53.00 | Follow-up call with M. Kawabata regarding conference with the Court and Joint Report. | GS |
| 11/12/2019 | 0.10 | $33.50 | Receive and respond to emails from Gaya Shanmuganatha re: meet and confer and re: opposing parties' ESI plan modifications. | TME2 |
| 11/12/2019 | 0.6 | $159.00 | Conference with Court regarding the Dealers' and Mr. Nissani's inadequate MIDP disclosure (0.4); Review Court's Order regarding discovery dispute (0.1); Update E. Ahern-Curran and H. Watterson regarding the same (0.1). | GS |
| 11/12/2019 | 0.9 | $301.50 | Conference call Gaya Shanmuganatha, Tina Ezzell, and Makoa Kawabata re: ESI plan (Defendants' not robust), Nissan parties' MIDP deficiencies, draft of Joint Case Management Report, and Mr. Kawabata's difficulty getting documents and information from Mr. Nissani et al. | TME2 |
| 11/14/2019 | 0.40 | $134.00 | Telephone call with Gaya Shanmuganatha re: status of opposing counsel's promises to provide draft Joint Case Conference Report and enhanced/compliant MIDP disclosures. | TME2 |
| 11/15/2019 | 0.10 | $26.50 | Telephone call to Judge Snow's chambers regarding discovery dispute. | GS |
| 11/15/2019 | 4.00 | $1,060.00 | Prepare for conference call with Court regarding the parties' discovery dispute; several conferences with the Court regarding the discovery dispute and scheduling a time to have a call with Judge Snow; Several conferences and email correspondences with T. Ezzell regarding same; Several conferences and emails with M. Kawabata regarding the parties' discovery dispute, the Dealer's failure to appear for the preliminary conference, Judge Snow's availability to have a conference on 11.15.2019, Ms. K. Garvis-Wright's inability to appear for a telephonic conference and alternate dates for a conference with the Court; continued discussions with Mr. Kawabata about whether Dealers have ability to produce the discovery documents in lieu of having a conference with the Court. | GS |
| 11/15/2019 | 0.20 | $67.00 | Attempt to participate in conference call with Gaya Shanmuganatha, Makoa Kawabata, and Court (but Mr. Kawabata did not call in as agreed) (court staff set call for 3 p.m. with Judge). | TME2 |
| 11/15/2019 | 0.10 | $33.50 | Conference with Gaya Shanmuganatha re: her efforts to reach court, her voicemail to Makoa Kawabata, and re: how to proceed given inability to reach court about conference call with court being moved to different date. | TME2 |
| 11/15/2019 | 0.20 | $67.00 | Receive email from Kelley Irish (Gaya Shanmuganatha's assistant) to opposing counsel re: her call with court requesting teleconference with court be rescheduled; email to client re: same. | TME2 |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 11/15/2019 | 0.10 | $33.50 | Telephone call with Gaya Shanmuganatha about call from Makoa Kawabata concerning informal conference call with court set for 11/15 and Ms. Wright's preference to participate herself on 11/18/19 and how to address. | TME2 |
| 11/15/2019 | 0.30 | $100.50 | Email to client re: status of efforts to obtain proper disclosures from Nissani parties and conference calls with court. | TME2 |
| 11/18/2019 | 0.20 | $67.00 | Telephone call with Gaya Shanmuganatha re: upcoming call with court. | TME2 |
| 11/18/2019 | 0.30 | $100.50 | Call in/conference call for conference call with court. | TME2 |
| 11/18/2019 | 0.20 | $67.00 | Receive text/order from court ordering Nissani parties to comply with MIDP; communication with client re: same. | TME2 |
| 1/10/2020 | 2.10 | $703.50 | Finish preparation for hearing (case management conference) (including conference with Gaya Shanmuganatha re: whether opposing counsel ever complied with ESI production identification requirements). | TME2 |
| 2/3/2020 | 0.10 | $26.50 | Phone call and voicemail to M. Kawabata regarding deficiencies in production. | GS |
| 2/3/2020 | 0.60 | $159.00 | Draft correspondence to M. Kawabata and K. Garvis-Wright regarding discovery dispute and request for meet and confer; Conference with T. Ezzell regarding prospective correspondence to M. Kawabata and K. Garvis-Wright. | GS |
| 2/3/2020 | 0.10 | $33.50 | Telephone call with Gaya Shanmuganatha re: fact only 224 documents and 4 native files produced by RHN and plan to have same downloaded into Relativity and to send email to opposing counsel re: failure to all produce documents/ESI as required. | TME2 |
| 2/4/2020 | 0.10 | $26.50 | Read correspondence from KLDiscovery and Gaya Shanmuganatha regarding RHN's deficient ESI production and accessing the 224 documents RHN produced. | JIB |
| 2/4/2020 | 0.20 | $67.00 | Receive emails from Gaya Shanmuganatha (dated 2/3/20) to opposing counsel and to Ben Lehman re: opposing parties' apparent failure to produce sufficient documents (ESI); receive email from Mr. Lehman confirming production of only 224 documents. | TME2 |
| 2/6/2020 | 0.20 | $53.00 | Conference with Tina Ezzell and Gaya Shanmuganatha regarding concerns about documents provided by RHN. | JIB |
| 2/6/2020 | 0.10 | $26.50 | Conference with Tina Ezzell about RHN having printed and compiled into one large (129-page) document numerous separate emails in violation of ESI protocol. | JIB |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 2/6/2020 | 1.20 | $318.00 | Intra-office conference with J. Brown and T. Ezzell regarding RHN's ESI production issues and subpoena to Doxsee Foster (0.4); Review correspondence from M. Kawabata regarding ESI deficiencies (0.1); Start reviewing RHN's production and start identifying all of the ESI deficiencies in preparation for the meet and confer (0.7) | GS |
| 2/6/2020 | 3.10 | $821.50 | Finish reviewing RHN's production (224 document); Start drafting spreadsheet cross-referencing RHN's production and identifying all of the duplicate bates numbers. | GS |
| 2/6/2020 | 0.20 | $53.00 | Correspondence with Tina Ezzell and Gaya Shanmuganatha regarding the discovery that RHN's ESI production contains multiples of the same documents. | JIB |
| 2/6/2020 | 0.80 | $212.00 | Finish drafting spreadsheet cross-referencing RHN's production and identifying all of the duplicate bates numbers. | GS |
| 2/6/2020 | 0.60 | $159.00 | Draft comprehensive email to M. Kawabata and K. Garvis-Wright regarding additional deficiencies with RHN's production. | GS |
| 2/6/2020 | 0.10 | $26.50 | Read detailed correspondence from Gaya Shanmuganatha the to opposing counsel regarding details of RHN's deficient ESI production, which included numerous duplications of the same documents. | JIB |
| 2/6/2020 | 0.10 | $33.50 | Email from Mr. Kawabata re: discovery issue opposing counsel is reviewing. | TME2 |
| 2/6/2020 | 0.50 | $167.50 | Emails with Gaya Shanmuganatha re: documents produced by Nissani defendants and subpoena duces tecum to Doxsee Foster and possibly also Carlos Bolivar; conference Gaya Shanmuganatha re: same and re: strategy. | TME2 |
| 2/6/2020 | 0.10 | $0.00 | Receive copies of emails between Gaya Shanmuganatha and Makoa Kawabata (n/c). | TME2 |
| 2/7/2020 | 0.70 | $185.50 | Conference call with Makoa Kawabata, Tina Ezzell, and Gaya Shanmuganatha regarding RHN's failure to conduct a proper investigation prior to ESI production, failure to search the emails of any of the other custodians besides Hooman Nissani, failure to retain independent, third-party to conduct document collection and production, and failure to produce emails known to be in Nissani's possession; and scheduling call with Judge Snow. | JIB |
| 2/7/2020 | 0.10 | $26.50 | Conference with Tina Ezzell regarding call with Gaya Shanmuganatha and opposing counsel about details of RHN's severely inadequate ESI production. | JIB |
| 2/7/2020 | 0.10 | $26.50 | Read correspondence from Tina Ezzell to client summarizing details of conference call with opposing counsel about RHN's deficient ESI production. | JIB |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 2/7/2020 | 0.20 | $53.00 | Email correspondence with Tina Ezzell and Gaya Shanmuganatha prior to meet and confer call with opposing counsel regarding whether RHN produced any new documents in their recent ESI production, whether to request the identity of their vendor and potentially interview or depose the vendor to obtain information about the process they used to conduct ESI collection and production. | JIB |
| 2/7/2020 | 0.20 | $53.00 | Correspond with M. Kawabata regarding meet and confer about RHN's deficient ESI. | GS |
| 2/7/2020 | 0.30 | $79.50 | Intra-office conference with T. Ezzell regarding strategy for meet and confer call with M. Kawabata. | GS |
| 2/7/2020 | 0.90 | $238.50 | Extensive meet and confer conference with M. Kawabata, T. Ezzell, and J. Brown regarding RHN's deficient ESI production. | GS |
| 2/7/2020 | 0.30 | $79.50 | Conference with T. Ezzell regarding strategy and next steps following meet and confer call with M. Kawabata. | GS |
| 2/7/2020 | 0.10 | $33.50 | Receive (and comment upon) 2/6/20 email sent to opposing counsel by Gaya Shanmuganatha. | TME2 |
| 2/7/2020 | 0.20 | $67.00 | Telephone call with Gaya Shanmuganatha to discuss upcoming call with opposing counsel re: their ESI production deficiencies. | TME2 |
| 2/7/2020 | 0.70 | $234.50 | Conference call with Gaya Shanmuganatha, Jessica Brown, and opposing counsel re: Nissani defendants' failure to properly produce ESI. | TME2 |
| 2/7/2020 | 0.30 | $100.50 | Conference Gaya Shanmuganatha re: follow up after call with Mr. Kawabata. | TME2 |
| 2/7/2020 | 0.30 | $100.50 | Email to client. | TME2 |
| 2/10/2020 | 0.30 | $79.50 | Conference with Gaya Shanmuganatha regarding plan to call Judge Snow regarding opposing party's deficient ESI collection and production. | JIB |
| 2/11/2020 | 0.20 | $53.00 | Correspondence with Tina Ezzell and Gaya Shanmuganatha regarding draft of document to submit to the court prior to the ESI conference; analyze draft. | JIB |
| 2/11/2020 | 0.10 | $33.50 | Emails to Gaya Shanmuganatha re: whether she's heard back from opposing counsel, status of detailed memo to client re: meet and confer, and potentially promptly performing deposition of PMK (person most knowledgeable) re: RHN's and other Defendants' ESI production. | TME2 |
| 2/11/2020 | 0.10 | $26.50 | Read correspondence between Gaya Shanmuganatha and opposing counsel regarding not having received a response from opposing counsel about calling the court to discuss ESI discovery dispute and informing the clerk that RHN was given several opportunities to participate in the call and chose not to do so, unless opposing counsel responds promptly. | JIB |

| Date | Hours | Amount | Description | |
|---|---|---|---|---|
| 2/12/2020 | 1.70 | $450.50 | Draft comprehensive ESI dispute report for the Court's consideration. | GS |
| 2/12/2020 | 0.50 | $132.50 | Preliminary call with M. Kawabata regarding conference call with the court to schedule a telephonic discovery dispute (0.1); Conference with Court regarding discovery dispute and Judge Snow's availability for a telephonic conference (0.2); Conference with T. Ezzell regarding the same (0.2). | GS |
| 2/12/2020 | 0.10 | $26.50 | Read correspondence between Gaya Shanmuganatha and opposing counsel about teleconference this morning with the judge regarding ESI production. | JIB |
| 2/12/2020 | 0.20 | $67.00 | Telephone call with Gaya Shanmuganatha re: call with judge's clerk and call to occur on 2/13/20 with judge. | TME2 |
| 2/12/2020 | 0.20 | $53.00 | Correspondence with Tina Ezzell and Gaya Shanmuganatha regarding draft of document to submit to the court prior to the ESI conference; analyze draft. | JIB |
| 2/13/2020 | 0.20 | $53.00 | Revise submission regarding RHN's failures per T. Ezzell's edits; Correspond with H. Watterson and E. Ahern-Curran regarding the same. | GS |
| 2/13/2020 | 0.20 | $53.00 | Correspond with T. Ezzell regarding revised submission to the Court. | GS |
| 2/13/2020 | 0.10 | $0.00 | Read correspondence from Gaya Shanmuganatha to client regarding call today with Judge Snow about RHN's failure to properly collect and produce documents for ESI production (no charge). | JIB |
| 2/13/2020 | 0.10 | $26.50 | Draft and send correspondence to the Court regarding CNA's submission in order to facilitate the parties' conference with the Court. | GS |
| 2/13/2020 | 0.20 | $53.00 | Read letter to Judge Snow prepared by Gaya Shanmuganatha regarding RHN's failure to comply with the MIDP disclosure requirements and the parties' agreed-upon ESI protocol. | JIB |
| 2/13/2020 | 1.00 | $265.00 | Prepare for telephonic conference with Judge Snow; Attend telephonic discovery dispute with Judge Snow; Intra-office conference with T. Ezzell regarding strategy for Motion requested by Judge Snow. | GS |
| 2/13/2020 | 0.30 | $79.50 | Read order from Judge Snow following telephonic hearing regarding ESI discovery dispute, noting that Judge Snow has given CNA an opportunity to file a motion for sanctions by the close of business on February 18, with RHN's response due February 25, 2020 and CNA's reply due 3 days later; conference with Tina Ezzell regarding call with Judge Snow. | JIB |
| 2/13/2020 | 0.50 | $132.50 | Draft update to H. Watterson and E. Ahern-Curran regarding discovery dispute conference with Judge Snow; Correspond/conference with T. Ezzell regarding the same; Correspond with client regarding the same. | GS |

| Date | Hours | Amount | Description | |
|---|---|---|---|---|
| 2/13/2020 | 0.10 | $26.50 | Read correspondence from Gaya Shanmuganatha to Heather Watterson and Erika Ahern Curran regarding details of call with Judge Snow and scheduling conference call to discuss strategy including potentially seeking sanctions and/or additional fact discovery. | JIB |
| 2/13/2020 | 0.30 | $100.50 | Receive emails from Gaya Shanmuganatha and Erika Ahern-Curran re: upcoming conference with Judge and requests that are being made and reporting back to client; email to Gaya Shanmuganatha re: couple of changes necessary before sending memo to Judge Snow. | TME2 |
| 2/13/2020 | 0.80 | $268.00 | Conference call with Court, Gaya Shanmuganatha, and Makoa Kawabata; brief post-conference conversation with Gaya Shanmuganatha re: drafting email to clients about hearing and drafting motion requested by court. | TME2 |
| 2/13/2020 | 0.20 | $67.00 | Receive text order from Court and forward to client with explanation. | TME2 |
| 2/13/2020 | 0.20 | $67.00 | Review/edit report by Gaya Shanmuganatha to send to client. | TME2 |
| 2/14/2020 | 0.10 | $26.50 | Read correspondence among Tina Ezzell, Gaya Shanmuganatha, Heather Watterson, and Erika Ahern Curran re: scheduling call today to discuss call with Judge Snow yesterday. | JIB |
| 2/14/2020 | 4.40 | $1,166.00 | Review CNA's collection and identify various @nissanibros.com and @hoomanautomotive.com in preparation for drafting the Motion pertaining to RHN's failure to disclose information. | GS |
| 2/14/2020 | 1.10 | $291.50 | Analyze RHN's production and identify various @nissanibros.com and @hoomanautomotive.com in preparation for drafting the Motion pertaining to RHN's failure to disclose information. | GS |
| 2/14/2020 | 0.20 | $53.00 | Read correspondence from Gaya Shanmuganatha to opposing counsel regarding RHN's failure to produce all responsive text message between Hooman Nissani and Carlos Bolívar; draft correspondence to Gaya Shanmuganatha re: same. | JIB |
| 2/14/2020 | 0.10 | $26.50 | Correspond with M. Kawabata regarding deficient text message production (producing only 40 non-consecutive pages out of 112 pages). | GS |
| 2/14/2020 | 0.60 | $159.00 | Conference with J. Brown regarding exhibits and Motion for Sanctions. | GS |
| 2/14/2020 | 0.40 | $106.00 | Conference with Gaya Shanmuganatha regarding motion for sanctions and working with KLDiscovery to prepare exhibits. | JIB |
| 2/14/2020 | 0.30 | $79.50 | Conference with Tina Ezzell regarding substance of motion for sanctions. | JIB |
| 2/14/2020 | 0.30 | $79.50 | Multiple emails to and from Gaya Shanmuganatha regarding exhibits in support of motion for sanctions. | JIB |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 2/14/2020 | 0.60 | $159.00 | Multiple telephone calls with KLDiscovery regarding locating documents from CNA's production and RHN's production to create exhibits in support of CNA's motion for sanctions. | JIB |
| 2/14/2020 | 0.30 | $79.50 | Additional email correspondence with Tina Ezzell and Gaya Shanmuganatha regarding motion for sanctions and exhibits in support of motion for sanctions. | JIB |
| 2/14/2020 | 0.80 | $212.00 | Analyze email communications and text messages pulled from CNA's production and RHN's production to prepare exhibits for motion for sanctions. | JIB |
| 2/14/2020 | 0.40 | $106.00 | Multiple email communications to and from Ben Lehman at KLDiscovery regarding substance of exhibits in support of motion for sanctions and creating PDF-compilations of documents to use as exhibits. | JIB |
| 2/14/2020 | 0.20 | $67.00 | Receive emails from Gaya Shanmuganatha, Heather Watterson, and Erika Ahern-Curran re: court's actions and discussing discovery. | TME2 |
| 2/14/2020 | 0.60 | $159.00 | Teleconference with H. Watterson, E. Ahern-Curran, T. Ezzell, and J. Brown regarding motion for sanctions, subpoena to Doxsee-Foster, scheduling depositions, and additional case strategy. | GS |
| 2/16/2020 | 0.30 | $79.50 | Call with Tina Ezzell regarding substance of motion for sanctions and exhibits in support of motion for sanctions, including correspondence and communications with Gaya Shanmuganatha, who is currently traveling, regarding same. | JIB |
| 2/16/2020 | 0.10 | $26.50 | Multiple email communications to and from Gaya Shanmuganatha regarding substance of motion for sanctions. | JIB |
| 2/17/2020 | 1.20 | $318.00 | Begin drafting motion for sanctions. | JIB |
| 2/17/2020 | 0.10 | $26.50 | Multiple text messages throughout the day with Gaya Shanmuganatha, who is currently traveling, including lengthy voice memo regarding substance of motion for sanctions. | JIB |
| 2/17/2020 | 0.30 | $79.50 | Multiple emails to and from Tina Ezzell regarding motion for sanctions, exhibits to motion for sanctions, and communications with Gaya Shanmuganatha regarding motion. | JIB |
| 2/17/2020 | 0.30 | $79.50 | Draft multiple emails to assistant regarding filing motion for sanctions tomorrow, creating Appendix, and formatting exhibits. | JIB |
| 2/17/2020 | 0.30 | $100.50 | Conference Jessica Brown re: status of Motion re: RHN parties' failure re: ESI; emails with Jessica Brown; texts with Jessica Brown and Gaya Shanmuganatha. | TME2 |
| 2/17/2020 | 0.20 | $67.00 | Telephone call from Gaya Shanmuganatha re: status of motion and arguments/information to include in Motion for Sanctions. | TME2 |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 2/18/2020 | 0.30 | $0.00 | Conference with Tina Ezzell regarding substance of and strategy in filing motion for sanctions (n/c). | JIB |
| 2/18/2020 | 0.10 | $26.50 | Revise proposed order granting motion for sanctions. | JIB |
| 2/18/2020 | 2.30 | $609.50 | Draft, revise, and finalize motion for sanctions, incorporating comments from Tina Ezzell and Gaya Shanmuganatha. | JIB |
| 2/18/2020 | 0.40 | $106.00 | Multiple calls with Ben Lehman from KLDiscovery regarding issues with obtaining documents from shared web folder to use as exhibits in support of motion for sanctions. | JIB |
| 2/18/2020 | 0.20 | $53.00 | Email correspondence with Ben Lehman from KLDiscovery regarding issues with obtaining documents from shared web folder to use as exhibits in support of motion for sanctions. | JIB |
| 2/18/2020 | 0.30 | $0.00 | Two conferences with assistant, Rebecca Lewis, regarding finalizing exhibits in support of motion for sanctions and drafting shell of proposed order (n/c). | JIB |
| 2/18/2020 | 0.30 | $0.00 | Multiple email communications with Tina Ezzell and Rebecca Lewis regarding finalizing motion for sanctions, finalizing exhibits in support of motion for sanctions, finalizing appendix, and finalizing proposed order (n/c). | JIB |
| 2/18/2020 | 0.90 | $0.00 | Read T. Ezzell's edits to the motion for sanctions; conference with T. Ezzell re: same; revise motion using exhibits (n/c). | JIB |
| 2/18/2020 | 2.20 | $737.00 | Read and edit Motion for Sanctions, docs in Appendix, Proposed Order, and Exhibits A-D; lengthy conversation with Jessica Brown re: improving Motion for Sanctions. | TME2 |
| 2/18/2020 | 0.10 | $33.50 | Send client Motion, Appendix, and Exhibits (for Sanctions) which the Court instructed CNA to file. | TME2 |
| 2/19/2020 | 1.20 | $318.00 | Multiple conferences, emails, and text messages with Tina Ezzell regarding filing motion for sanctions, communication with client, and next steps. | JIB |
| 2/19/2020 | 0.10 | $26.50 | Read correspondence from client regarding motion for sanctions. | JIB |
| 2/24/2020 | 0.10 | $26.50 | Follow-up with M. Kawabata regarding incomplete text messages. | GS |
| 2/25/2020 | 0.10 | $26.50 | Review correspondence from M. Kawabata regarding text messages. | GS |
| 2/25/2020 | 0.20 | $53.00 | Read multiple emails between Gaya Shanmuganatha and opposing counsel regarding RHN's failure to produce complete text message and opposing counsel's plan to file response to motion for sanctions tomorrow. | JIB |
| 2/25/2020 | 0.10 | $33.50 | Receive email from Mr. Kawabata re: Gaya Shanmuganatha's inquiry about text messages. | TME2 |
| 2/26/2020 | 0.80 | $212.00 | Review and analyze RHN's response to CNA's Motion, Declaration of David Arnold, Declaration of Hooman Nissani (0.5); Correspond with T. Ezzell regarding preliminary thoughts and proposed response (0.3) | GS |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 2/26/2020 | 0.80 | $212.00 | Start drafting CNA's Reply in support of CNA's Motion for Sanctions. | GS |
| 2/26/2020 | 0.90 | $0.00 | Analyze RHN's Opposition to Motion for Sanctions, declaration of Hooman Nissani, and declaration of David Arnold (n/c). | JIB |
| 2/26/2020 | 0.20 | $0.00 | Briefly analyze draft of CNA's reply in support of its Motion for Sanctions, drafted by Gaya Shanmuganatha, and comments on draft from Tina Ezzell; brief conference with Tina Ezzell re: same (n/c). | JIB |
| 2/26/2020 | 0.30 | $100.50 | Receive and read and forward to client Nissani parties' opposition to motion for sanctions. | TME2 |
| 2/26/2020 | 0.40 | $134.00 | Read initial paragraph of draft of reply sent by Gaya Shanmuganatha and respond with comments and suggestions for remainder of reply. | TME2 |
| 2/26/2020 | 0.40 | $134.00 | Telephone call with Heather Watterson to discuss Nissani parties' response to Motion for Sanctions. | TME2 |
| 2/27/2020 | 3.80 | $1,007.00 | Continue drafting CNA's reply in support of its Motion for Sanctions. | GS |
| 2/27/2020 | 0.30 | $79.50 | Several phone calls and correspondences with T. Ezzell regarding the Reply in Support of CNA's Motion for Sanctions. | GS |
| 2/27/2020 | 0.20 | $0.00 | Read multiple emails among G. Shanmuganatha, T. Ezzell, and staff regarding Reply in support of Motion for Sanctions (n/c). | JIB |
| 2/27/2020 | 0.50 | $167.50 | Emails with Gaya Shanmuganatha re: status of reply to response to Motion for Sanctions; Telephone call with Gaya Shanmuganatha; Telephone call to Mr. Kawabata re: stipulation for more time to file reply; draft and send Mr. Kawabata reply and proposed order; instruct assistant to file same. | TME2 |
| 2/27/2020 | 0.70 | $234.50 | Review/edit draft of reply to response to Motion for Sanctions and send to Ms. Watterson for her comment. | TME2 |
| 2/27/2020 | 0.10 | $0.00 | Read correspondence among G. Shanmuganatha, T. Ezzell, and staff about filing stipulation to extend CNA's time to file Reply in support of Motion for Sanctions (n/c). | JIB |
| 2/28/2020 | 0.10 | $26.50 | Correspond with T. Ezzell regarding the exhibit to CNA's Motion for Sanctions. | GS |
| 2/28/2020 | 0.50 | $132.50 | Review and analyze H. Watterson's comments to the first draft of the Reply in Support of CNA's Motion for Sanctions. | GS |
| 2/28/2020 | 1.00 | $265.00 | Review correspondence from T. Ezzell and telephonic conference with T. Ezzell regarding changes to the Reply in Support of Motion for Sanctions. | GS |
| 2/28/2020 | 2.20 | $583.00 | Draft revised Reply in Support of Motion for Sanctions in accordance with H. Watterson's and T. Ezzell's comments. | GS |
| 2/28/2020 | 0.80 | $212.00 | Read T. Ezzell's revisions to the revised Reply in Support of Motion for Sanctions and make additional changes and finalize for filing. | GS |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 2/28/2020 | 0.90 | $301.50 | Receive email from Heather Watterson with changes/comments on Reply draft; conference Gaya Shanmuganatha re: same and addressing as many comments as possible so Reply can still be filed on 2/28 per client's direction. | TME2 |
| 2/28/2020 | 0.80 | $268.00 | Review and edit revised Reply to Opposition to Motion for Sanctions; email re: same to Gaya Shanmuganatha and Ms. Hammond (re: filing and final corrections for her and Gaya Shanmuganatha to make before filing; email from and telephone call with Gaya Shanmuganatha). | TME2 |
| 3/2/2020 | 0.20 | $67.00 | Read final version of reply in support of sanctions and forward to client for its records. | TME2 |
| 3/2/2020 | 0.10 | $0.00 | Receive and review notice of filing rely to opposition to motion for sanctions (n/c). | JIB |
| 3/2/2020 | 0.10 | $26.50 | Conference with T. Ezzell regarding reply in support of motion for sanctions filed on Friday. | JIB |
| 3/2/2020 | 0.10 | $26.50 | Review the Court's Order regarding the parties' stipulation to extend the deadline for CNA to file its Reply in Support of CNA's Motion for Sanctions. | GS |
| 3/2/2020 | 0.10 | $33.50 | Receive order from court and forward to clients (ruling that stipulation to extend time for CNA to file reply in support of its motion for sanctions is moot). | TME2 |
| 3/19/2020 | 0.10 | $33.50 | Conference Gaya Shanmuganatha re: calls to Court re: status of Motion for Sanctions. | TME2 |
| 4/9/2020 | 0.20 | $53.00 | Receive and analyze Order granting in part and denying in part Motion for Sanctions, noting numerous new requirements the Court imposed on RHN/Nissani, et al., and the Court's order that CNA continue with privilege log and redactions per current scheduling order. | JIB |
| 4/9/2020 | 0.10 | $26.50 | Email correspondence with Gaya Shanmuganatha regarding Order granting in part and denying in part Motion for Sanctions and the Court's order that CNA continue with privilege log and redactions per current scheduling order. | JIB |
| 4/9/2020 | 0.10 | $33.50 | Emails with Gaya Shanmuganatha re: status of Motion for Sanctions. | TME2 |
| 4/9/2020 | 0.20 | $67.00 | Receive and read and forward to client (with comment) Court's order granting sanctions. | TME2 |
| 4/9/2020 | 0.10 | $33.50 | Receive email from Gaya Shanmuganatha re: how to approach fee application and respond. | TME2 |
| 4/9/2020 | 0.10 | $33.50 | Email to Assistant requesting she assemble and provide spreadsheet of fees incurred for purposes of T. Ezzell identifying those related to efforts to obtain opposing parties' compliance with MIDP order. | TME2 |

| Date | Hours | Amount | Description | Timekeeper |
|---|---|---|---|---|
| 4/13/2020 | 0.20 | $53.00 | Email correspondence with Tina Ezzell regarding how analysis of Doxsee Foster documents revealed numerous individuals who should have been identified by Defendants as custodians in their ESI production and how Defendants are obligated to identify all custodians in response to Judge Snow's April 9, 2020 Order. | JIB |
| 4/14/2020 | 1.90 | $636.50 | Locate and read local rule 54.2; work on identifying relevant fee entries for fee award referenced by court in its order granting sanctions (and per LRCiv 54.2)("In pursuing RHN's compliance with the MIDP"). | TME2 |
| 4/21/2020 | 0.30 | $100.50 | Review fee spreadsheet and respond to email from client re: estimate of fees we will request after assessing same. | TME2 |
| 4/24/2020 | 0.20 | $53.00 | Review M. Kawabata's email regarding custodians (none actually identified); Correspond with J. Brown and T. Ezzell regarding the same. | GS |
| 4/24/2020 | 0.50 | $132.50 | Phone conference with T. Ezzell and J. Brown regarding strategy for obtaining compliance with the Court's ESI Order. | GS |
| 4/24/2020 | 0.50 | $132.50 | Conference call with Tina Ezzell and Gaya Shanmuganatha regarding RHN's non-compliant response to the court's order ordering RHN/Nissani to identify all custodians of ESI, plan to draft email to opposing counsel regarding deficient response, potential call with the court regarding RHN/Nissani's failure to comply with the court order, and plan to disclose documents produced by Doxsee Foster in response to subpoena today. | JIB |
| 4/24/2020 | 0.10 | $26.50 | Read opposing counsel's email in response to court's order to identify ESI custodians, noting failure to comply with court's order. | JIB |
| 4/24/2020 | 0.20 | $53.00 | Analyze and edit draft of detailed email to opposing counsel prepared by Tina Ezzell regarding RHN et al's failure to comply with the court's order. | JIB |
| 4/24/2020 | 0.50 | $132.50 | Review and respond to correspondence from T. Ezzell regarding addressing RHN's deficient custodian identification. | GS |
| 4/24/2020 | 0.20 | $67.00 | Receive email from Makoa Kawabata indicating there are currently no additional custodians to Identify; forward to client (Ms. Watterson) with comment. | TME2 |
| 4/24/2020 | 0.10 | $33.50 | Emails with Gaya Shanmuganatha and Jessica Brown about Nissani parties' failure to identify custodians. | TME2 |
| 4/24/2020 | 0.50 | $167.50 | Conference call with Gaya Shanmuganatha and Jessica Brown about how to proceed given Nissani parties' otiose email and failure to identify additional custodians for ESI production (multiple tasks and approaches discussed). | TME2 |

| Date | Hours | Amount | Description | Initials |
|------|-------|--------|-------------|----------|
| 4/24/2020 | 0.10 | $33.50 | Telephone calls to Heather Watterson to discuss opposing counsel's otiose email about no additional current custodians and status in general (left message). | TME2 |
| 4/24/2020 | 0.50 | $167.50 | Draft email to opposing counsel requesting more information re: noncompliance with Court's order re: ESI; send draft to Gaya Shanmuganatha and Jessica Brown for comment. | TME2 |
| 4/24/2020 | 0.20 | $67.00 | Receive suggestions from Jessica Brown and Gaya Shanmuganatha for email to opposing counsel; make changes and send email to opposing counsel re: RHN et. al's noncompliance with Court's order (on sanction motion); send copy of email to client. | TME2 |
| 4/27/2020 | 0.10 | $26.50 | Correspond with T. Ezzell and J. Brown regarding RHN's failure to comply with the Court's ESI Order and proposed next steps. | GS |
| 4/27/2020 | 0.20 | $53.00 | Phone call to M. Kawabata and K. Garvis-Wright regarding RHN's failure to comply; Email correspondence to M. Kawabata and K. Garvis-Wright requesting a meet and confer about RHN's failure to comply. | GS |
| 4/27/2020 | 0.10 | $26.50 | Review and respond to correspondence from K. Garvis-Wright about a meet and confer and receipt of substantive response. | GS |
| 4/27/2020 | 0.10 | $26.50 | Correspondence with Gaya Shanmuganatha, Tina Ezzell, and opposing counsel about scheduling conference call regarding RHN et al.'s failures to comply with Court order prior to scheduling call with the Court. | JIB |
| 4/27/2020 | 0.20 | $67.00 | Texts with Gaya Shanmuganatha about postponing conference call with Ms. Garvis-Wright but also about demanding written response to prior written inquiries; receive email from Gaya Shanmuganatha to Ms. Garvis-Wright. | TME2 |
| 4/28/2020 | 0.10 | $26.50 | Correspond with M. Kawabata about the April 29, 2020 meet and confer. | GS |
| 4/28/2020 | 0.10 | $33.50 | Receive copy of email from Mr. Kawabata re: meet and confer and response by Gaya Shanmuganatha inquiring about lead counsel's availability; receive additional texts/emails from both re: meet and confer. | TME2 |
| 4/29/2020 | 0.10 | $26.50 | Multiple emails with Tina Ezzell, Gaya Shanmuganatha, and opposing counsel regarding meet and confer call today. | JIB |
| 4/29/2020 | 1.10 | $291.50 | Attend telephonic meet and confer with K. Garvis-Wright, M. Kawabata and T. Ezzell (0.4); Conference with T. Ezzell about next steps (0.2); Review RHN's supplemental disclosure statement and draft summary of the conference for the file (0.5) | GS |
| 4/29/2020 | 0.20 | $53.00 | Review the Court's Order on CNA's Motion for Sanctions, CNA's Motion for Sanctions, and RHN's Opposition in order to determine the issues that need to be raised with the Court. | GS |

| Date | Hours | Amount | Description | |
|------|-------|--------|-------------|---|
| 4/29/2020 | 0.10 | $26.50 | Conference with Tina Ezzell regarding details of call with opposing counsel about opposing counsel's failure to identify ESI custodians, despite them being clearly identifiable in the email communications produced by CNA and Doxsee Foster, which we produced in supplemental disclosure. | JIB |
| 4/29/2020 | 0.20 | $67.00 | Receive email from opposing counsel reneging on conference call time; texts/emails with Gaya Shanmuganatha re: same; email to opposing counsel re: importance of conference call, making it a priority, and resetting same. | TME2 |
| 4/29/2020 | 0.40 | $134.00 | Conference call with Kerry Garvis-Wright, Makoa Kawabata, and Gaya Shanmuganatha. | TME2 |
| 4/29/2020 | 0.30 | $100.50 | Telephone call with Gaya Shanmuganatha post meet and confer (documenting call and how to proceed). | TME2 |
| 4/29/2020 | 0.10 | $33.50 | Receive Gaya Shanmuganatha's notes documenting meet and confer conference call with opposing counsel. | TME2 |
| 4/30/2020 | 0.20 | $53.00 | Review correspondence from K. Garvis-Wright regarding the ESI Custodians; Several correspondences with T. Ezzell regarding response to K. Garvis-Wright, strategic next steps, and conference with the court. | GS |
| 4/30/2020 | 0.70 | $185.50 | Draft response to K. Garvis-Wright regarding misrepresentation either made during the meet and confer or in her April 29, 2020 email. | GS |
| 4/30/2020 | 0.20 | $53.00 | Review T. Ezzell's email and revise email to K. Garvis-Wright regarding the same. | GS |
| 4/30/2020 | 0.10 | $26.50 | Correspondence with Tina Ezzell and Gaya Shanmuganatha regarding drafting email to opposing counsel and potentially scheduling telephonic hearing with the court regarding opposing counsel's failure to identify ESI custodians that are easily identifiable by reviewing CNAN documents that have been produced and documents produced by Doxsee Foster, which have been disclosed to opposing party. | JIB |
| 4/30/2020 | 0.10 | $26.50 | Read detailed email from Gaya Shanmuganatha to opposing counsel regarding opposing counsel's failure to comply with specific discovery obligations. | JIB |
| 4/30/2020 | 0.10 | $26.50 | Read email from opposing counsel regarding details of call concerning defendants' failure to comply with discovery obligations, specifically to identify ESI custodians, and plan to schedule call with the court regarding same. | JIB |
| 4/30/2020 | 0.10 | $26.50 | Read email from Tina Ezzell to Heather Watterson regarding call with opposing counsel, defendants' failure to comply with ESI/discovery obligation to identify ESI custodians, and possibly scheduling call with the court regarding same. | JIB |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 4/30/2020 | 0.20 | $53.00 | Email correspondence with Tina Ezzell regarding analyzing the Doxsee Foster disclosures to identify names and email addresses of ESI custodians that Defendants should have identified, particularly after they received the Doxsee Foster supplemental disclosure, and providing list of names/emails addresses to court during potential call with court. | JIB |
| 4/30/2020 | 0.20 | $67.00 | Receive/read email from Ms. Garvis-Wright re: three custodians of ESI they identified and re: call on 4/29/20; email to Gaya Shanmuganatha re: same and discussing how to proceed. | TME2 |
| 4/30/2020 | 0.20 | $67.00 | Respond to two emails from Gaya Shanmuganatha re: potentially getting on Court's calendar and responding to Ms. Garvis-Wright's email. | TME2 |
| 4/30/2020 | 0.40 | $134.00 | Email to Heather Watterson outlining opposing counsel's conduct during conference call on 4/29/20 and forwarding new, ever-changing disclosure of ESI custodians. | TME2 |
| 4/30/2020 | 0.20 | $67.00 | Email from Gaya Shanmuganatha (proposed email to Kerry Garvis-Wright); respond with suggested edits and additions. | TME2 |
| 5/5/2020 | 0.20 | $53.00 | Analyze the court's Order re: Motion for Sanctions to identify the court's requirements for CNA's motion for attorneys' fees. | JIB |
| 5/5/2020 | 0.20 | $53.00 | Multiple emails with Tina Ezzell regarding motion for attorneys' fees in response to court's order granting in part CNA's motion for sanctions. | JIB |
| 5/5/2020 | 0.10 | $33.50 | Email to Jessica Brown re: status of application for fees/sanctions. | TME2 |
| 5/5/2020 | 1.30 | $435.50 | Finish identifying fees pertinent to Court's fee/sanction award provided by Assistant (through 4/13/20) (1.1); detailed email to Assistant re: creating Exhibit with specific time entries and providing additional fee information (post April 13th) (Exhibit will be sued in connection with request for fees contemplated by Court)(.2). | TME2 |
| 5/5/2020 | 0.20 | $67.00 | Emails with Jessica Brown about fee agreement and other issues with motion and memo required to obtain attorney fees (including consultation required with other parties and Attorney Affidavit). | TME2 |
| 5/5/2020 | 0.60 | $201.00 | Receive and respond to emails from Assistant re: capturing time spent on fee/sanctions issues and review 228 "new" time entries to identify, up to date, time spent and resultant fees for which application is being made; review/complete time entries post 4/13/20 for inclusion in chart to be used as exhibit for court to assess fees. | TME2 |
| 5/5/2020 | 0.50 | $167.50 | Work on new draft of time spent on ensuring opposing parties complied with MIDP (per Court's order granting sanctions)(165 time entries). | TME2 |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 05/05/2020 | 0.30 | $79.50 | Analyze Local Rule of Civil Procedure 54.2 to determine requirements for documentation in support of award of attorney's fees to CNA by court as sanction for RHN's failure to comply with MIDP order. | JIB |
| 05/05/2020 | 0.20 | $53.00 | Draft detailed correspondence to assistant, R. Lewis, regarding creating shell document in accordance with Local Rule of Civil Procedure 54.2 for motion in support of award of attorney's fees to CNA, ordered by the court as sanction for RHN's failure to comply with MIDP order. | JIB |
| 05/05/2020 | 0.40 | $106.00 | Draft outline of Memorandum in Support of Motion for Award of Attorney's Fees and Related Non-Taxable Expenses. | JIB |
| 05/05/2020 | 0.70 | $185.50 | Research the relevant legal authority governing the standard by which the court should determine eligibility for an award of attorneys' fees to discuss in Memorandum in support of Motion for Attorneys' Fees, as specifically required by LRCiv 54.2. | JIB |
| 05/05/2020 | 6.20 | $1,643.00 | Draft Motion for Attorneys' Fees and Memorandum in Support of Motion, including all sections required by LRCiv 54.2 in compliance with Court Order to submit documentation in compliance with LRCiv 54.2, address required factors such as CNAN's entitlement to fees and costs, CNAN's eligibility for fees and costs, relevant background information, and discussion of relevant case law (pages 1-10 of 14-page motion). | JIB |
| 05/05/2020 | 0.20 | $53.00 | Email correspondence with Tina Ezzell regarding requirement in rule for consultation with opposing counsel about attorneys' fees and including statement of consultation as exhibit to motion in support of fees. | JIB |
| 05/06/2020 | 0.70 | $185.50 | Analyze task-based itemized list of all attorney time entries for all time billed relating to the Motion for Sanctions and pursuing RHN's compliance with the MIDP Order to draft "reasonableness of fees" section of motion for attorneys' fees and supporting memorandum in compliance with LRCiv 54.2, including analysis of the 13 factors listed in LRCiv 54.2. | JIB |
| 05/06/2020 | 2.70 | $715.50 | Draft "reasonableness of fees" section of memorandum of law in support of motion for attorneys' fees, addressing each of the required 13 factors listed in LRCiv 54.2, and citing to relevant case law, as appropriate. | JIB |
| 05/06/2020 | 0.60 | $159.00 | Research customary fee awards for discovery violations to address factor listed in LRCiv 54.2 requiring memorandum in support of a motion for fees to show that the award sought is customary. | JIB |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 05/06/2020 | 0.20 | $53.00 | Email correspondence with Tina Ezzell regarding whether to ask for fees associated with motion for fees, memorandum in support of motion, preparing additional documents required by LRCiv 54.2, and any future reply in support of motion, include in email to T. Ezzell description of relevant case law research regarding same. | JIB |
| 05/06/2020 | 0.40 | $106.00 | Draft section of memorandum in support of motion for fees regarding customary fee awards in similar circumstances, including citations to legal research. | JIB |
| 05/06/2020 | 0.40 | $106.00 | Draft and revise conclusion of memorandum in support of motion for fees, drafted in compliance with LRCiv 54.2 | JIB |
| 05/06/2020 | 0.10 | $26.50 | Additional email correspondence with Tina Ezzell regarding asking for fees and costs associated with motion for attorneys' fees, supporting memorandum, preparing documents in compliance with LRCiv 54.2, and preparing a reply should RHN file an opposition brief. | JIB |
| 05/06/2020 | 0.20 | $53.00 | Add language to memorandum in support of motion for attorneys' fees requesting award of fees' and costs associated with drafting motion, memorandum, supporting documents required by LRCiv 54.2, and drafting a reply should RHN file an opposition. | JIB |
| 05/06/2020 | 0.90 | $238.50 | Edit and revise 14-page Motion for Attorneys' Fees and Costs and supporting Memorandum of Law, drafted in compliance with the requirements of LRCiv 54.2, to ensure compliance with rule and to reduce any unnecessary language in brief to make brief more concise if possible. | JIB |
| 05/06/2020 | 0.10 | $26.50 | Draft email to Tina Ezzell with final draft of motion for attorneys' fees and supporting memorandum of points and authorities. | JIB |
| 05/06/2020 | 0.30 | $79.50 | Numerous emails with Tina Ezzell regarding specific requirements for memorandum in support of motion for attorneys' fees outline in LRCiv 54.2 including analysis of numerous factors pertaining to attorney experience, complexity of matter, reasonableness of hourly rate and total time spent, length of attorney-client relationship, and related factors. | JIB |
| 05/06/2020 | 0.20 | $53.00 | Email correspondence with Tina Ezzell regarding timing of call with court about RHN's failure to identify custodians and providing court with list of names of custodians clearly identifiable in documents in RHN's possession. | JIB |
| 05/06/2020 | 0.10 | $26.50 | Correspondence with Tina Ezzell regarding exhibits to Motion for Attorneys Fees including drafting attorney declaration, statement of consultation, and | JIB |

| Date | Amount | Description | |
|------|--------|-------------|---|
| 05/06/2020 | $106.00 | Call with Tina Ezzell regarding revising entitlement section of memorandum in support of attorneys' fees, including to add case law supporting judge's inherent authority to award sanctions for failure to comply with discovery obligations. | JIB |
| 05/06/2020 | $26.50 | Correspondence with Tina Ezzell regarding additional revisions to motion for attorneys' fees. | JIB |
| 05/06/2020 | $26.50 | Read email from opposing counsel regarding availability or a teleconference tomorrow or Friday to comply with requirement to confer regarding attorneys' fees in LRCiv 54.2. | JIB |
| 05/06/2020 | $26.50 | Draft email to Tina Ezzell regarding her availability for a conference with opposing counsel Thursday or Friday to discuss fees, in compliance with LRCiv 54.2. | JIB |
| 05/06/2020 | $33.50 | Conference staff re: status of comprehensive listing of time entries and charges. | TME2 |
| 05/06/2020 | $33.50 | Emails with Jessica Brown re: date CNA hired firm and other issues relating to motion for fees and required Affidavit/Declaration. | TME2 |
| 05/06/2020 | $67.00 | Emails with Jessica Brown re: meaning of case she found and what to say in request for fees and costs related to motion for fees and reply in support of same. | TME2 |
| 05/06/2020 | $603.00 | Review and edit Motion Supporting Award of Attorneys Fees and Related Non-Taxable Expense and Supporting Memo of Points and Authorities; telephone call with Jessica Brown re: revising section of motion. | TME2 |
| 05/07/2020 | $53.00 | Correspondence to and from Tina Ezzell regarding scheduling call with opposing counsel regarding attorneys' fees and scheduling call with the court regarding ESI custodians. | JIB |
| 05/07/2020 | $106.00 | Call with Tina Ezzell regarding call with opposing counsel about attorneys' fees, in compliance with the requirement under LRCiv 54.2 to consult, scheduling call with court and drafting email to court regarding RHN's failure to identify ESI custodians, substance of statement of fee agreement required by court pursuant to LRCiv 54.2, and additional research and edits to memorandum in support of motion for attorneys' fees in response to court's order. | JIB |
| 05/07/2020 | $265.00 | Conference with T. Ezzell and J. Brown regarding the application for attorney's fees, the contents of the application, the salient rules/analysis, strategy for ESI sanctions (long term versus short term), meet and confer with K. Garvis-Wright. | GS |

| Date | Hours | Description | |
|---|---|---|---|
| 05/07/2020 | 1.00 | Call with Tina Ezzell and Gaya Shanmuganatha regarding strategy concerning ESI dispute, substance of motion for attorneys' fees and supporting documentation, and agenda for meet and confer call with opposing counsel regarding attorneys' fees, as required by LRCiv 54.2. | JIB |
| 05/07/2020 | 0.10 | Draft email to opposing counsel regarding scheduling call tomorrow to comply with Judge's order (LRCiv 54.2). | JIB |
| 05/07/2020 | 1.20 | Research federal case law regarding federal courts' inherent authority to issue sanctions, including attorneys' fees, for use in argument section of memorandum in support of motion for attorneys' fees. | JIB |
| 05/07/2020 | 0.30 | Analyze General Order 17-08 (MIDP) and FRCP 37 regarding court's authority to issue sanctions, including assessing attorneys fees, for violations of court order for use in legal argument section of memorandum in support of motion for attorneys' fees. | JIB |
| 05/07/2020 | 1.80 | Revise legal argument section of memorandum of points and authorities in support of motion for fees pertaining to court's inherent authority to issue sanctions, Rule 37, and General Order 17-08 and draft background section pertaining to discovery dispute, as required by LRCiv 54.2. | JIB |
| 05/07/2020 | 0.10 | Emails with Tina Ezzell regarding final draft of motion for attorneys' fees including revised legal argument section and plan to draft attorney declaration now. | JIB |
| 05/07/2020 | 1.70 | Draft detailed attorney declaration in support of motion for attorneys' fees as required by LRCiv 54.2, describing specific contributions of each attorney in pursuit of RHN's compliance with the MIDP order, each attorney's hourly rate, reasonableness of hourly rate, each attorney's experience and qualifications, the law firm's billing practices, the total amount of relevant fees and costs incurred. | JIB |
| 05/07/2020 | 0.20 | Draft email to Tina Ezzell with draft of detailed attorney declaration in support of motion for fees and proposed order granting motion for fees; read reply email from Tina Ezzell re: same. | JIB |
| 05/07/2020 | 0.10 | Read correspondence from Tina Ezzell to Heather Watterson regarding itemized statement of fees and providing same to opposing counsel before meet and confer call. | JIB |
| 05/07/2020 | 0.10 | Additional correspondence with Tina Ezzell and Gaya Shanmuganatha regarding call with opposing counsel tomorrow about attorneys' fees award. | JIB |

| Date | Hours | Description | Initials |
|---|---|---|---|
| 05/07/2020 | 0.10 | Additional email correspondence with opposing counsel regarding call tomorrow at 4pm to discuss attorneys' fees award, as required by LRCiv 54.2. | $26.50 JIB |
| 05/07/2020 | 0.10 | Review several correspondences regarding meet and confer about attorney's fees; Respond to J. Brown regarding the same. | $26.50 GS |
| 05/07/2020 | 0.20 | Call with Tina Ezzell regarding revisions to attorney declaration in support of motion for fees and calculating "no charges" to include in motion and attorney declaration. | $53.00 JIB |
| 05/08/2020 | 0.40 | Review spreadsheet of fees in preparation for meet and confer with K. Garvis-Wright and M. Kawabata. | $106.00 GS |
| 05/08/2020 | 0.10 | Read correspondence from Heather Watterson approving of motion for attorneys fees and task-based itemized list of attorneys fees. | $26.50 JIB |
| 05/08/2020 | 0.10 | Conference call with Tina Ezzell regarding Heather Watterson's approval of motion for attorneys fees and no need to make further revisions. | $26.50 JIB |
| 05/08/2020 | 0.10 | Correspondence from opposing counsel regarding needing an opportunity to review the attorneys' fees itemized task-based spreadsheet with her client prior to having a meet and confer call. | $26.50 JIB |
| 05/08/2020 | 0.10 | Correspondence with Tina Ezzell and Gaya Shanmuganatha regarding whether to have conference call with opposing counsel over the weekend, pursuant to local rule requirement to confer with opposing counsel regarding attorneys' fees award. | $26.50 JIB |
| 05/08/2020 | 0.10 | Email with opposing counsel regarding scheduling meet and confer call for Monday after she has had a chance to review itemized task based statement of fees with her client. | $26.50 JIB |
| 05/08/2020 | 0.10 | Correspondence with Rebecca Lewis and Tina Ezzell regarding adding "no charge" time entries to the task-based itemized statement in support of motion for attorneys' fees. | $26.50 JIB |
| 05/08/2020 | 0.30 | Research federal rule of civil procedure 37 and local rule 54.2 to determine whether to add additional language to proposed order granting motion for attorneys' fees and identify specific language to add. | $79.50 JIB |

| Date | Hours | Amount | Description | Initials |
|---|---|---|---|---|
| 05/08/2020 | 0.30 | $79.50 | Multiple emails with Tina Ezzell and legal assistant, Rebecca Lewis, regarding substance of revised language for the proposed order granting motion for attorneys' fees, including providing legal and factual basis for order. | JIB |
| 05/08/2020 | 0.70 | $185.50 | Revise language in proposed order granting motion for attorneys' fees and costs to include legal and factual basis for court's order. | JIB |
| 05/08/2020 | 0.10 | $26.50 | Correspondence with Tina Ezzell and Rebecca Lewis regarding specific costs incurred related to pursuing RHN's compliance with the MIDP order to add costs to motion for attorneys' fees and costs and attorney declaration. | JIB |
| TOTALS | 122.41 | $33,708.00 | | |