**Exhibit 4 to CNA's Motion Supporting Award of Attorneys' Fees & Related Non-Taxable Expenses**

Tina M. Ezzell (SBN: 013825)
Gayathiri Shanmuganatha (SBN: 030745)
Jessica I. Brown (SBN: 034679)

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 452-2747
FACSIMILE: (602) 255-0103
E-Mail: tme@tblaw.com
E-Mail: jib@tblaw.com
E-Mail: gs@tblaw.com
*Attorneys for Defendant/Counter-Claimant/Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| RHN Incorporated, | Case No. CV-19-02960-GMS |
| Plaintiff/Counter-Defendant, | **LEAD CASE** |
| v. | No. CV-19-04516-PHX-GMS |
| CNA National Warranty Corporation, et al., | **DECLARATION OF TINA M. EZZELL IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES** |
| Defendant/Counter-Claimant. | |
| CNA National Warranty Corporation, | |
| Plaintiff, | |
| v. | |
| RHN Incorporated, et al., | |
| Defendants. | |

I, Tina M. Ezzell, declare and state as follows:

1. I have personal knowledge of the facts stated in this Declaration and am competent to testify to all matters herein.

2. I am the lead and supervising attorney for CNA National Warranty Corporation ("CNAN") in the above-entitled matter and file this Declaration in support of CNAN's Motion Supporting Award of Attorneys' Fees and Related Non-Taxable Expenses ("Motion for Fees").

3. I am a Shareholder at the law firm of Tiffany & Bosco, PA.

4. I supervise all attorneys who work on CNAN matters and I supervised the attorneys and paralegal who performed the work identified in **Exhibit 3** to the Motion for Fees (Task-Based Itemized Statement of Fees and Expenses.)

5. The attorneys identified in **Exhibit 3** are Associates Gaya Shanmuganatha and Jessica Brown. The paralegal is Kelley Irish.

6. Gaya Shanmuganatha's current standard hourly rate is $300/hour. My firm charges CNAN a discounted rate of $265/hour for Ms. Shanmuganatha's time in this matter. Ms. Shanmuganatha has approximately seven (7) years of civil and commercial litigation experience.

7. Ms. Shanmuganatha's relevant contributions in pursuing RHN's compliance with the MIDP Order include assisting with drafting the Motion for Sanctions; corresponding with CNAN in-house counsel regarding RHN's failure to comply with its MIDP and discovery obligations; corresponding with opposing counsel regarding RHN's failure to comply with the MIDP obligations, ESI protocol, Federal Rules, and Court orders; analyzing RHN's documents and other information produced in response to the MIDP Order to assess RHN's compliance; conducting teleconferences with opposing counsel and with the Court regarding RHN's noncompliance; conferring with colleagues and CNAN regarding strategy for addressing RHN's noncompliance; and related contributions.

8. Jessica Brown's hourly rate is $265/hour. Ms. Brown has approximately five (5) years of civil and commercial litigation experience.

9. Ms. Brown's relevant contributions in pursuing RHN's compliance with the MIDP Order include conducting legal research pertaining to the Motion for Sanctions; assisting with drafting the Motion for Sanctions and Reply in support of the Motion for

Sanctions; analyzing RHN's documents and other information produced in response to the MIDP Order to assess RHN's compliance with the MIDP Order and the ESI protocol; conferring with colleagues regarding strategy related to RHN's noncompliance; drafting the Motion for Fees and conducting related research; assisting with preparing documentation required by LRCiv 54.2 as ordered by the Court; and related contributions.

10. I currently charge an hourly rate of $400/hour. I have approximately 28 years of civil and commercial litigation experience gained after serving as a judicial clerk, including extensive trial experience. I charge CNAN a discounted rate of $335/hour for my time.

11. My relevant contributions in pursuing RHN's compliance with the MIDP Order include supervising all attorneys, paralegals, and legal assistants involved; keeping CNAN informed of all developments related to RHN's failure to comply with its MIDP obligations; assisting with drafting the Motion for Sanctions; corresponding with opposing counsel regarding RHN's failure to comply with the MIDP obligations, ESI protocol, Federal Rules, and Court orders; analyzing RHN's documents and other information produced in response to the MIDP Order to assess RHN's compliance; conducting teleconferences with opposing counsel and with the Court regarding RHN's noncompliance; conferring with colleagues and CNAN regarding strategy for addressing RHN's noncompliance; preparing documentation required by LRCiv 54.2 as ordered by the Court; and related contributions.

12. While I am licensed in both Arizona and Nevada, I have always practiced from the State of Arizona and have much familiarity with the rates charged by attorneys in the State of Arizona. Based upon my experience, I believe the standard rates above are comparable with or less than the rates charged by other civil/commercial litigators in the Phoenix, AZ legal community with similar experience, education and law firm affiliation. Based on the same experience, I believe the discounted rates mentioned above are manifestly reasonable.

13.      The <u>Task-Based Itemized Statement of Fees and Expenses</u> was based upon individual time sheets maintained by the attorneys at Tiffany & Bosco, PA on a daily basis. More specifically, the attorneys fill out time sheets as the work is performed; the time sheets are then typed on to online forms, and submitted to the firm's accounting department. The information is then entered into a computer system where the data is stored. Thereafter, bills are rendered to the clients on a monthly basis, reflecting the work performed, the hourly fees (billed in tenths of an hour, or six-minute increments), and the costs. The clients send their remittances to Tiffany & Bosco, PA in response to the statements and invoices. These practices and procedures are standard to the law firm of Tiffany & Bosco, PA and are within its normal business operations.

14.      In pursuing RHN's compliance with the MIDP Order, CNAN has incurred no non-taxable expenses.

15.      In pursuing RHN's compliance with the MIDP Order, CNAN has incurred $33,708.00 in attorneys' fees.

16.      After a thorough review of all time entries relating to CNAN's pursuit of RHN's compliance with its MIDP obligations provided in the <u>Task-Based Itemized Statement of Fees and Expenses</u> (**Exhibit 3** to the Motion for Fees), which I affirm to be true and correct, I believe these amounts to be reasonable and necessary to pursue RHN's compliance with the MIDP Order, particularly in a case of this magnitude.

17.      In reviewing the time entries relating to CNAN's pursuit of RHN's compliance with its MIDP obligations, I have chosen <u>not</u> to include billing entries related to CNAN's efforts to obtain documents from a third-party, Doxsee Foster & Associates, although such documents should have been produced by RHN pursuant to their MIDP obligations, as these documents, which CNAN has disclosed to RHN, consist, in large part, of relevant communications with Defendant Hooman Nissani and his associates.

18.      I have also chosen not to charge CNAN for the items listed in Exhibit 3 to the Motion for Fees as "no charge" or that have $0 as the amount charged, totaling 3.7 hours. I do this to ensure the reasonableness of our firm's fees to CNAN.

19. The assertions set forth in Exhibits 1 (Statement of Consultation) and 2 (Statement of Fee Agreement) to the Motion for Fees are true and correct.

20. I declare that all fees and costs incurred by CNAN in its pursuit of RHN's compliance with the MIDP Order, as set forth in Exhibit 3 to the Motion for Fees, are reasonable and appropriate and respectfully ask that the Court award CNAN all such fees and costs.

I declare under the penalty of perjury under the laws of the State of Arizona, that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 11th day of May, 2020.

By: */s/ Tina M. Ezzell*
Tina M. Ezzell
*Attorney for CNA National Warranty Corporation*