**Exhibit 5 to CNA's Motion Supporting Award of Attorneys' Fees & Related Non-Taxable Expenses**

Tina M. Ezzell (SBN: 013825)
Gayathiri Shanmuganatha (SBN: 030745)
Jessica I. Brown (SBN: 034679)

**TB** T I F F A N Y & B O S C O
      P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 452-2747
FACSIMILE:  (602) 255-0103
E-Mail: tme@tblaw.com
E-Mail: jib@tblaw.com
E-Mail: gs@tblaw.com
*Attorneys for Defendant/Counter-Claimant/Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| RHN Incorporated, et al.<br><br>       Plaintiffs/Counter-Defendants,<br><br>    v.<br><br>CNA National Warranty Corporation,<br><br>       Defendant/Counter-Claimant.<br>────────────────────────────<br>CNA National Warranty Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>RHN Incorporated, et al.,<br><br>       Defendants. | Case No.  CV-19-02960-GMS<br><br>**LEAD CASE**<br><br>No. CV-19-04516-PHX-GMS<br><br>**ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES** |

Pursuant to the Court's 04/09/2020 Order (Doc. 50) stating, "RHN must pay CNA the fees and costs it incurred in pursuing RHN's compliance with the MIDP" and "CNA

must submit documentation in compliance with LRCiv 54.2 for the Court to determine the amount of the sanctions award within thirty (30) days of the date of this order[,]" CNA National Warranty Corporation (CNAN) submitted a Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses and supporting documentation (Exhibits). The Court, having received and considered CNA National Warranty Corporation's Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses and all referenced Exhibits to include: Statement of Consultation, Statement of Fee Agreement, Task-Based Itemized Statement of Fees and Expenses, and Declaration of Tina M. Ezzell, and good cause appearing therefore, finds CNAN eligible for and entitled to an award of the attorneys' fees and costs it incurred in pursuing RHN's compliance with the MIDP Order.

Having found the total amount of attorneys' fees incurred by CNAN in its pursuit of RHN's compliance to be reasonable, the Court hereby awards CNAN $ _____ in attorneys' fees pursuant to General Order 17-08, Fed. R. Civ. P. 37, and the Court's inherent authority to issue sanctions, including an order to pay attorneys' fees, in appropriate circumstances.

**IT IS HEREBY ORDERED**, granting CNA National Warranty Corporation's Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses. CNA National Warranty Corporation is awarded $_____ in fees. Pursuant to this award, the fees must be paid by Plaintiffs/Counter-Defendants RHN Inc. et al. in accordance with this Court's Order by _____. Failure to comply with this Order may result in further sanctions as this Court deems proper.

...

...

1    DATED:_____

2

3

4
                                    _____
5                                   Honorable G. Murray Snow
                                    Judge of the U.S. District Court – Arizona
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28